No. 81–743.   COWGILL ET AL. *v.* FLORIDA, 454 U. S. 1134;

No. 81–833.   ROSS *v.* BIRD, CHIEF JUSTICE, CALIFORNIA SUPREME COURT, ET AL.; and ROSS *v.* SAN DIEGO COUNTY SUPERIOR COURT ET AL., 454 U. S. 1147;

No. 81–5612.   IN RE BEACH, *ante*, p. 906;

No. 81–5641.   FISCHETTI *v.* ASCIONE, 454 U. S. 1135;

No. 81–5648.   WARD *v.* UNITED STATES, *ante*, p. 922;

No. 81–5675.   CARABALLO *v.* SECRETARY OF HEALTH AND HUMAN SERVICES, 454 U. S. 1153;

No. 81–5676.   BAILEY *v.* REDMAN, WARDEN, DELAWARE CORRECTIONAL CENTER, ET AL., 454 U. S. 1153;

No. 81–5739.   GALLO *v.* MASSACHUSETTS, 454 U. S. 1155; and

No. 81–5860.   CRENSHAW *v.* UNITED STATES ET AL., *ante*, p. 912.   Petitions for rehearing denied.

MARCH 3, 1982

No. 81–1309.   REINSTEIN *v.* SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF MASSACHUSETTS.   C. A. 1st Cir.   Certiorari dismissed under this Court's Rule 53.

MARCH 8, 1982

No. 81–865.   METROCENTRE IMPROVEMENT DISTRICT NO. 1, CITY OF LITTLE ROCK, ARKANSAS *v.* FEDERAL RESERVE BANK OF ST. LOUIS.   Affirmed on appeal from C. A. 8th Cir.   JUSTICE BLACKMUN, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.